===========================================================================

# *UNITED STATES DISTRICT COURT*
## ---------- DISTRICT OF MARYLAND -------

**APPEARANCE**

UNITED STATES OF AMERICA

       v.                             MAG. NO. 07-2170M
                                            **(Ft. Detrick)**

JAMES CAIN

To the Clerk of this Court and all parties of record:

     Enter my appearance as counsel in this case for James Cain.   I certify that

I am admitted  to practice in this court.

 3/25/09                                           /s/
Date                                       MELISSA M. MOORE
                                              Assistant Federal Public Defender
                                              100 South Charles Street
                                              Tower II, Suite 1100
                                              Baltimore, Maryland  21201
                                              Phone: 410-962-3962
                                              Fax: 410-962-0872
                                              Melissa_Moore@fd.org